# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| JAMIE LEE BLEDSOE, #2150627 | § | |
| VS. | § | CIVIL ACTION NO. 2:17cv488 |
| HARRISON CO. JAIL MEDICAL, et al. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff Jamie Lee Bledsoe (Bledsoe), an inmate formerly confined at the Harrison County Jail proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983 alleging purported violations of his constitutional rights. The complaint was referred for findings of fact, conclusions of law, and recommendations for the disposition of the case. This order concerns only Bledsoe's motion for a temporary order or preliminary injunction, (Dkt. #18), and the Magistrate Judge's Report, (Dkt. #66).

After reviewing Bledsoe's motion, the Magistrate Judge issued a Report, (Dkt. #66), recommending that Plaintiff's motion for a preliminary injunction be denied as moot. A copy of the Report was sent to Bledsoe at his address, return service requested. The docket shows that Bledsoe received the Report on February 13, 2018. (Dkt. #67). However, no objections have been received to date.

Accordingly, Bledsoe is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). Accordingly it is

**ORDERED** that the Report of the Magistrate Judge, (Dkt. #66), is **ADOPTED**. Further, it is

**ORDERED** that Plaintiff's motion for a preliminary injunction, (Dkt. #18), is **DENIED** as moot.

**So ORDERED and SIGNED this 13th day of March, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE