IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JAMIE LEE BLEDSOE, #2150627 | § | |
| VS. | § | CIVIL ACTION NO. 2:17cv488 |
| HARRISON CO. JAIL MEDICAL, et al. | § | |

ORDER

The above-entitled and number civil rights action was referred to United States Magistrate Judge Roy Payne, who issued a Report and Recommendation concluding that Defendants' motions for summary judgment should be granted and Plaintiff's civil rights lawsuit should be dismissed with prejudice. The Plaintiff has filed timely objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of the case, has been presented for consideration. The Court has conducted a careful *de novo* review of the objections raised by the Plaintiff to the Report. The Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. Accordingly, it is

**ORDERED** that Defendant's motions for summary judgment, (Dkt. #'s 47, 52, 61), are hereby **GRANTED**. Moreover, it is

**ORDERED** that any other motions that may be pending in this civil action are hereby **DENIED**.

**So ORDERED and SIGNED this 6th day of September, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE