IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-40914
_____

JAMIE LEE BLEDSOE,

    Plaintiff - Appellant

**A True Copy**
**Certified order issued May 17, 2019**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

v.

PAULA MOODY; GEORGE NOEL, P.A.; JOSE BURCIAGA; JUSTIN CLARK; JOE FOX,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Eastern District of Texas
_____

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of May 17, 2019, for want of prosecution. The appellant failed to timely pay the fee.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    By: _____
    Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT